**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Juan Pedro VALDEZ–ROBLES, a.k.a.**
**Jose Luis Ortiz–Hernandez,**
**Defendant–Appellant.**

**No. 11–10395.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 19, 2012.

Monte Cress Clausen, Assistant U.S., Christina Marie Cabanillas, Assistant U.S., USTU–Office of The U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Armand Salese, Tucson, AZ, for Defendant–Appellant.

Juan Pedro Valdez–Robles, pro se.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

**152**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Manuel Trinidad PEREZ–ROMERO,**
**Defendant–Appellant.**

**No. 11–10513.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2012.*

Filed Sept. 19, 2012.

Before: WARDLAW, CLIFTON, and N.R. SMITH, Circuit Judges.

MEMORANDUM ***

Juan Pedro Valdez–Robles appeals from the 46–month sentence imposed following his guilty-plea conviction for reentry after deportation, in violation of 8 U.S.C. § 1326. Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Valdez–Robles's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Valdez–Robles the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

